# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 30, 2021

## NO. 03-20-00405-CV

**Appellant, Double Happiness Development, Inc.// Cross-Appellant, River Oaks Ranch Homeowners Association**

**v.**

**Appellee, River Oaks Ranch Homeowners Association// Cross-Appellee, Double Happiness Development, Inc.**

## APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
## DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the interlocutory order signed by the trial court on July 14, 2020. The parties have filed a joint motion to dismiss the appeal and the cross appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the parties' respective appeals. Each party shall bear their own costs relating to their respective appeals, both in this Court and in the court below.